07- 477

(Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) Paul Smith    00142003
    (Name of Plaintiff)    (Inmate Number)

Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977
    (Complete Address with zip code)

(2) _____
    (Name of Plaintiff)    (Inmate Number)

_____
    (Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) Reginal Medical First Corr., et al
(2) Doctor(s)
(3) Nurse(s)
    (Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

: 07- 477
: (Case Number)
: (to be assigned by U.S. District Court)

: CIVIL COMPLAINT

: 07- 477

: Jury Trial Requested

: FILED
: JUL 27 2007

I.  PREVIOUS LAWSUITS

    A.  If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number
        including year, as well as the name of the judicial officer to whom it was assigned:

Smith V. Reginal Medical First Correctional
Case Number 1:06-CV-431, Case Assigned Judge (GMS)
Case Number 05-142 Judge Gregory M. Sleet.
Year Filed 2004 - 2005
Medical Mistake(s), + Poor Housing
Condition(s).

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•Yes) ••No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (•Yes) ••No

C. If your answer to "B" is Yes:

1. What steps did you take? I Contacted Warden Thomas Carroll, Deputy Warden Betty Burris, Deputy Warden David Pearse,

2. What was the result? All ignored me, no result,

D. If your answer to "B" is No, explain why not: is Because they all know the poor conditions CMS Medical,

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: Reginal Medical First Correctional Et Al
Employed as Doctors + Nurse(s) at Delaware Correctional Center
Mailing address with zip code: 1181 Paddock Road
Smyrna, Delaware 19977

(2) Name of second defendant: Commissioner Carl C. Danberg
Employed as Commissioner of at Corrections Delaware DCC
Mailing address with zip code: 245 McKee Road
Dover, Delaware 19904

(3) Name of third defendant: Warden Thomas Carroll
Employed as Wardens at Delaware Correctional Center
Mailing address with zip code: 1181 Paddock Road
Smyrna, Delaware 19977

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. On 05-23-07, DCC Medical Staff, did refuse me Medical Care for Asthma, High Blood Pressure, Hip Pain, And Lower Lumber Support Brace, And Removed All Medication(s), And Medical Supplie(s) I came into institution with. Pain & Suffering.

2. On 05-29-07, Being Housed W-Building received a Spider Bite, right foot swelling with poisons I placed Sick Call(s) after Sick Call(s) And have not been seen yet, 07-06-07.

3. On 06-17-07, Reaching for my Crutche(s) from Top Bunk Cell #24 I-Tier W-Building DCC sliped off Top Bunk, Hurting my Back, injuried Right Knee, And Left Arm, have not been seen by Medical yet, 07-06-07, On 06-23-07 Having Chest Pain(s), High Blood Pressure, Nothing Done yet, Just in Pain And Suffering by Medical Staff here at DCC.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Help me to work on Solution(s) to Stop Medical Doctor(s) And Nurse(s) from refusing me Medical treatment(s) for my Health Care. Since I been here, I been in Pain, And Suffering.

3

2. I feel DISCRIMINATED AGAINST By Medical Doctor(s) AND Medical Nurse(s) HERE AT The Delaware Correctional Center, This HAS BEEN Cruel AND UNUSUAL Punishment By BEING REFUSED Medical CARE for my illness(s) AND Injurie(s).

3. Federal Court NEEDS To Look into this Matter CMS MANAGEMENT, GET QUALIFIED Staff And get Rid of Medical Contractor(s) And Hire NEW Employee, And Work With ME into this Legal Matter I HAVE With Regional Medical, AND REWARD ME ~~Relief~~ for PAIN AND Suffering.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20th day of July, 2007

_Paul Smith_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

4



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

# MEMORANDUM

TO:     Inmate Paul J. Smith  SBI# 00142003  Unit W

FROM:   Deputy Warden Burris

DATE:   June 7, 2007

RE:     Inmate letter

---

Your letter dated May 28, 2007, has been forwarded to Health Services Administrator Rundle for investigation.


Cc: Health Services Administrator Rundle
    Deputy Warden Pierce

STATE OF DELAWARE )
 ) SS
COUNTY OF KENT )

AFFIDAVIT OF: Paul Smith 142003
DATED: 07-06-07

### AFFIDAVIT

I, PAUL SMITH, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in Medical Hospital DCC located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

Smith V. Reginal Medical

ON-05-23-07, HAD MEDICAL SUPPIE(S) WITH ME COMING INTO THIS PRISON HERE AT DCC, MEDICAL-MEDICATION(S) FOR ASTHMA, HIP PAIN, AND LUMBER SUPPORT BRACE ON, OR AROUND MY BACK, MEDICAL STAFF REMOVED EVERYTHING FROM ME, AND I HAVE NOT RECEIVED ANY OF MY MEDICAL SUPPIE(S) I COME END WITH, NOR ANY OF MY MEDICATION'S, I PLACED SICK CALL(S) IN TO MEDICAL BUT THEY HAVE BEEN REFUSING ME TREATMENT(S) AND CARE, ON 05-28-07 PLACED GRIEVANCE(S) AGAINST MEDICAL DOCTOR(S) AND NURSE(S) FOR REFUSING ME HEALTH CARE FOR MY ASTHMA, HIGH BLOOD PRESSURE, CHEST PAIN, HIP PAIN, AND LOWER BACK PAIN(S) AND NOTHING IS BEING DONE TOWARDS RECEIVING ANY MEDICAL CARE FOR MY HEALTH CONDITION(S) SINCE I BECAME INCARCERATED HERE DCC IN BEEN PAIN, AND SUFFERING.

Affiant: Paul Smith
Signature

Paul Smith 142003
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 6th day of July, 2007.

My Commission Expires: June 14, 2008

Timothy J. Martin
Notary Public

STATE OF DELAWARE )     AFFIDAVIT OF: Paul Smith 148003
                           ) SS    DATED: 07-06-07
COUNTY OF KENT )

### AFFIDAVIT

I, Paul Smith, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in Medical Hospital DCC located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware. Smith V. Danberg

As of 05-28-07, These Buildings on this prison compound here at The Delaware Correctional Center, have molding, mold on ceiling and wall surface(s), A growth of fungus from damp or decaying matter(s), Also Lead Base Paint, or Lead mix compound, A Oil Base causing poison to my health, Also Housing unit(s) Dusty with Dust Particle(s), Spider(s) And spider web(s) Hanging from ceiling-wall(s), Under Heater Vent(s), Broken tile(s) in Shower(s) And in Bathroom(s) within W-Building, Paint pilling(s) coming off wall(s) everywhere inside Housing unit(s), And these condition(s) Living under are Harmful to my Asthma, Stated By DCC Medical Doctor on 06-22-07 Time 9:30 AM, Said Asthma condition has gotton worse, The Bureau of Prison(s), Should contact The Department of Natural Resource(s) And Environmental Control Because This could result in Additional Administrative Civil or Criminal Enforcement Action(s). Dwelling are Unsanitary under Delaware Law(s) And Regulation(s).

Affiant: _Paul Smith_
                    Signature

Paul Smith 148003
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 6th day of July, 200_.

My Commission Expires: June 14, 2008

_Timothy J. Martz_
Notary Public

STATE OF DELAWARE    )           AFFIDAVIT OF: Paul Smith 148003
                     ) SS        DATED: 07-06-07
COUNTY OF KENT       )

### AFFIDAVIT

I, Paul Smith, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in Medical Hospital DCC located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware. Smith V. Danberg

As of 05-28-07, these building on this prison compound here at the Delaware Correctional Center, have moiding, mold on ceiling and wall surface(s), a growth of fungus from damp or decaying matter(s), also lead base paint, or lead mix compound, a oil base causing poison to my health, also housing unit(s) dusty with dust particle(s), spider(s) and spider web(s) hanging from ceiling-wall(s), under heater vent(s), broken tile(s) in shower(s) and in bathroom(s) within w-building, paint pilling(s) coming off wall(s) everywhere inside housing unit(s), and these condition(s) living under are harmful to my asthma, stated by DCC medical doctor on 06-22-07 Time 9:30 am, said asthma condition has gotten worse, The Bureau of Prison(s), should contact the Departments of Natural Resources and Environmental Control because this could result in additional administrative civil or criminal enforcement action(s). Dwelling are unsanitary under Delaware law(s) and regulations.

Affiant: _____
         Signature

Paul Smith 148003
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 6th day of July, 200_.

My Commission Expires: June 14, 2008

Timothy J. Marts
Notary Public

STATE OF DELAWARE      )
                       ) SS
COUNTY OF Kent         )

AFFIDAVIT OF: Paul Smith 142003
DATED: 07-06-07

### AFFIDAVIT

I, Paul Smith, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in W-Building I-24 DCC located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware. Smith V. Regional Medical

On 06-17-07, fall off Top Bed Cell #24 I Tier, injuried Left Arm, Right Knee, and Back, I told C/O Staff to contact Medical about my fall, Someone from Medical said Can I/M Smith walk? C/O Staff, stated Yes, Tell I/M Smith, put in sick call. I did, and I have not been seen yet, Pain and suffering.

On 06-27-07, Spider Bite, Swelling my Right foot, and I need Treatment for pain, and Swelling, Plus my foot could have some type of poison from this Spider bite, Not Been seen yet.

From 05-23-07, to 07-06-07, I Paul J Smith 142003, has been Discriminated Against By Medical Staff Doctor(s) and Nurse(s) here at the Delaware Correctional Center Near Smyrna Delaware 19977.

Affiant: Paul Smith
Signature

Paul Smith 142003
Print Name
Delaware Correctional Center
Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 6th day of July, 2007.

My Commission Expires: June 14, 2008

Timothy J. Martin
Notary Public

STATE OF DELAWARE    )
                     ) SS
COUNTY OF KENT       )

AFFIDAVIT OF: Paul Smith 142003
DATED: 07-06-07

### AFFIDAVIT

I, Paul Smith, being first duly sworn deposes and says that the foregoing statement is a true and correct observation of what occurred on the above date herein at/in Medical Hospital DCC located in the Delaware Correctional Center, Smyrna, Delaware, in that I was a part of or witnessed the incident described herein. I would clearly state under penalty of perjury of the laws of the State of Delaware.

Smith V. Reginal Medical ON-05-23-07, HAD Medical Supplies with me coming into this Prison here at DCC, Medical-Medications for Asthma, Hip Pain, and Lumber Support Brace on, or around my Back, Medical Staff Removed Everything from me, and I have not received any of my medical supplies I come end with, Nor any of my Medications, I placed sick call(s) in to medical but they have been Refusing me Treatment(s) and Care. On 05-28-07 Placed Grievance(s) against Medical Doctor(s) and Nurse(s) for Refusing me Health Care for my Asthma, High Blood Pressure, Chest Pain, Hip Pain, and Lower Back Pain(s) and nothing is Being Done towards receiving any medical care for my Health condition(s) since I became incarcerated here DCC in been pain, and suffering.

Affiant: Paul Smith
        Signature

        Paul Smith 142003
        Print Name
        Delaware Correctional Center
        Smyrna, DE. 19977

SWORN TO AND SUBSCRIBED before me this 6th day of July, 2007.

My Commission Expires: June 14, 2008

Timothy J. Martin
Notary Public



STATE OF DELAWARE
OFFICE OF THE GOVERNOR

RUTH ANN MINNER
GOVERNOR

June 13, 2007

Mr. Paul Smith
Delaware Correctional Center
SBI# 142003
1181 Paddock Road
Smyrna, DE 19977

Dear Mr. Smith:

    Thank you for contacting Governor Ruth Ann Minner. The Governor is in receipt of your letter, and has asked the office of constituent relations to respond on her behalf. Governor Minner appreciated it when fellow Delawareans take the time to communicate directly on the many issues we face in Delaware.

    I have asked the Department of Corrections Commissioner Carl Danberg to review your letter and take the appropriate action. Thank you again for taking the time to write to Governor Minner.

Sincerely,

Keyla Rivero-Rodriguez
Constituent Relations

TATNALL BUILDING, DOVER, DELAWARE 19901   (302) 744-4101   (302) 739-2775 FAX
, 19801   (302) 577-3210   (302) 577-3118 FAX



STATE OF DELAWARE
DEPARTMENT OF CORRECTION
**OFFICE OF THE DEPUTY WARDEN**
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road
SMYRNA, DELAWARE 19977
Telephone: (302) 653-9261
Fax: (302) 659-6667

## MEMORANDUM

TO: Inmate Paul J. Smith  SBI# 00142003  Unit W

FROM: Deputy Warden Burris

DATE: June 7, 2007

RE: Inmate letter

---

Your letter dated May 28, 2007, has been forwarded to Health Services Administrator Rundle for investigation.


Cc: Health Services Administrator Rundle
    Deputy Warden Pierce

Case 1:07-cv-00477-GMS    Document 2    Filed 07/27/2007    Page 13 of 13

