IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL J. SMITH, | ) |
|     Plaintiff, | ) |
|     v. | ) Civil Action No. 07-477 GMS |
| REGINAL MEDICAL FIRST CORRECTIONAL *(Doctors and Nurses)*, CARL DANBERG, AND THOMAS CARROLL, | ) |
|     Defendants. | ) |

**AUTHORIZATION**

FILED
AUG 1 3 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I, Paul J. Smith, SBI #142003, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $.43 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated *August 9*, 2007.

This authorization is furnished to the Clerk of Court in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $350.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply to any other agency into whose custody I may be transferred.

Date: *August 10th*, 2007.

*Paul Smith*
Signature of Plaintiff

I/M Paul J. Smith
SBI# 00142003 UNIT W-1-24
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Att Legal Mail

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

United States Postage
$00.58⁰
PITNEY BOWES
02 1A
0004608975   AUG 11 2007
MAILED FROM ZIPCODE 19977