IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Paul J. Smith 148003 )
)
Plaintiff, )
)
v. ) Civil Action No. 1:07-CV-00477 GMS
)
)
)
Reginal Medical first Correctional et al )
Defendant. )

MOTION TO AMEND - SUPPLEMENT

Submitted this 30th day of Aug, 2007

Paul Smith

Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977



I'm having pain no medication for pain, suffering at this ... 5-29-07 Paul Smith 149003

They see me everyday for blood pressure check and when I say pain reply back put in sick call

FORM #585

MEDICAL GRIEVANCE

FACILITY: Delaware Correctional Center

DATE SUBMITTED: 05-29-07

INMATE'S NAME: Paul J Smith

SBI#: 149003

HOUSING UNIT: W-Building C-5 Tier

CASE #: 119183

////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 05-28-07 9:30 AM

TYPE OF MEDICAL PROBLEM:

Chronic Care and treatment(s) plan on regular basis(s) and can-not be seen for care and my treatment(s) I have been in pain and suffering from 5-23-07 time 4:30pm to date 5-29-07 time 9:15 AM today Monday, and it is no-reason-for my pain and suffering when here at DCC Medical have hospital with nurse(s) department doctor(s) department, and emergency department, why am I being refused medical care?,

GRIEVANT'S SIGNATURE: Paul Smith 9:30 AM DATE: 05-29-07

ACTION REQUESTED BY GRIEVANT: I would like to be seen by a doctor for treatment of my health care,

RECEIVED JUN 06 2007 Inmate Grievance Office

RECEIVED MAY 31 2007 Inmate Grievance Office

DATE RECEIVED BY MEDICAL UNIT: ____________

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

FORM #585 

MEDICAL GRIEVANCE

FACILITY: Delaware Correctional Center

DATE SUBMITTED: 05-28-07

INMATE'S NAME: PAUL J Smith

SBI#: 142003

HOUSING UNIT: W-Building C-5 TIER

CASE #:

RECEIVED

JUN 06 2007

Inmate Grievance Office

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 5-28-07 9:30 AM

TYPE OF MEDICAL PROBLEM:

Standing And walking without my Medical Supplies that DCC Medical Staff Refused me, they Refused me of my Doctor(S) order(S) of Medical Treatment(S) To Better my Health Condition(S) And Due To DCC Medical Refusal my Health condition(S) Are worse, I HAVE NOT taken Any of my Medication(S) for my Asthma, High Blood Pressure Pain Medication(S) for Hip(S), or spine, I Need Medical Attention ASAP Health condition(S) worse.

GRIEVANT'S SIGNATURE: [signature]

DATE: 05-28-07

ACTION REQUESTED BY GRIEVANT: To Be given my Medical Supplies, AND my Medication(S) as Doctor(S) Ordered for me to have, Also to Be seen By DCC Medical Doctor(S) once Needed.

RECEIVED

MAY 31 2007

Inmate Grievance Office

DATE RECEIVED BY MEDICAL UNIT: ________________

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

## Instructions for Submitting a Regular Grievance

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

____ **Vulgar/Abusive or Threatening Language:** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

____ **Disciplinary Action** ____ **Parole Decision**

____ **Classification Action**

____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # ______________.

____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

____ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

YOU NEED TO FOLLOW PROCEDURE AND SUBMIT A SICK CALL SLIP.

[signature]
Inmate Grievance Chairperson

6/12/07
Date

Form#: 584 (F&B)
Reverse revised July '99

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

**Date:** 07/06/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** | SMITH, PAUL J | **SBI# :** | 00142003 | **Institution :** | DCC |
| **Grievance # :** | 126063 | **Grievance Date :** | 05/29/2007 | **Category :** | Individual |
| **Status :** | Unresolved | **Resolution Status :** | | **Resol. Date :** | |
| **Grievance Type:** | Health Issue (Medical) | **Incident Date :** | 05/29/2007 | **Incident Time :** | |
| **IGC :** | McCreanor, Michael | **Housing Location :** | Bldg W1, Tier I, Cell 24, Top | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Spider bite swelling right foot. Why is it taking a month to be treated for a spider bite? This could be poisonous or anything and Medical is just going to overlook this matter.

**Remedy Requested :** I would like to be treated for this spider bite ASAP.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES

**Date Received by Medical Unit :** 07/06/2007

**Investigation Sent :** 07/06/2007

**Investigation Sent To :**

**Grievance Amount :**

Doctor Glen D. Rowe P.A.
1093 South Governors Ave
Dover, De 19903
302-730-4366

(4) New injurie(s)
Head, shoulder, Arm, and Leg Left side, from fall. Today

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: Delaware Correctional Center

INMATE'S NAME: Paul J Smith

HOUSING UNIT: W-Building C-5-Tier

DATE SUBMITTED: 05-27-07

SBI#: 142003

CASE #: 119203

---

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 05-27-07 9:20 AM

TYPE OF MEDICAL PROBLEM:

on 05-27-07 Mr. Smith 142003, was walking from W-Building to Hospital for Blood pressure check and on the way I/m Smith, went down stating that His Hip gave out, He also state(s) He felt pain Between His Leg's/ state Ball(s) Hurt C/o from T-Building Took I/m Smith, To Medical By Wheel Cheer, I/m Smith, was seen By Doctor, Checked out and was given Aspin for pain, I/m Smith, Did Complaint of New injurie(s) state pain, and Numbness, Down His Left side from His Neck, Down His Left shoulder, Arm, Down His Leg into His Left foot Numb, I/m Smith state(s) He would Like To Be Seened By Dr. Glen Rowe ASAP.

GRIEVANT'S SIGNATURE: [signature] DATE: 05-27-07

ACTION REQUESTED BY GRIEVANT: To Be Seen By Doctor for Pain and Suffering As Soon As Possible.

RECEIVED
JUN 06 2007
Inmate Grievance Office

RECEIVED
MAY 31 2007
Inmate Grievance Office

DATE RECEIVED BY MEDICAL UNIT: ____________

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**Instructions for Submitting a Regular Grievance**

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

---

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

____ **Disciplinary Action** ____ **Parole Decision**

____ **Classification Action**

____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # ______________.

____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

____ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

MEDICAL DETERMINES IF AND WHEN AN INMATE NEEDS TO BE SEEN BY AN OUTSIDE DOCTOR, CMS WILL THEN DETERMINE WHICH DR. THE I/M WILL BE SENT TO

[signature] ______________________ Inmate Grievance Chairperson

6/12/07 ______ Date

Form#: 584 (F&B)
Reverse revised July '99

ALSO I WOULD LIKE TO RECEIVE A MEMO, FOR BOTTOM BED, I'M ON TOP AND IT HURT GETTING UP AN DOWN

3731

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH** (MEDICAL circled)

PAUL J SMITH — Name (Print)
W-Building I-24 — Housing Location
07-15-58 — Date of Birth
142003 — SBI Number
06-15-07 — Date Submitted

Complaint (What type of problem are you having)? Hip(s) pain, Back pain, Neck, and shoulder pain, Arm pain, Chest pain and this new medication is not help pain relief. I would like to see Doctor ASAP for my health care conditions

[signature] — Inmate Signature
06-15-07 — Date

**The below area is for medical use only. Please do not write any further.**

S:
Seen 6/15/07; Scheduled to MD/MLP once more.

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:

RECEIVED JUN 20 2007

P:

E:

Provider Signature & Title

Date & Time

**3/1/99 DE01**
FORM#:
**MED**
**263**

HAVE NO SICK CALL SLIP(S) IN W-BUILDING

Medical Sick Call 6-17-07 ~~6-18-07~~

PAUL J. Smith SBI# 142003

7-15-58

Medical problem,

I would like to Be seen As soon As possible, I fell off The Top Bed, This morning Around 2:45 AM, Hurting my Back, Arm, And leg, I'm in Alot of pain, Staff officer(s), Call To Medical, But Medical Staff, Said There wasn't Anyone there who could see me At this time, I need To Be seen As soon As possible, my leg's feel numb, Back pain, And pins sticking into the Bottom of my feet.

This Happened This morning At Around 2:45 AM 6-17-07

Paul Smith
6-18-07
W-Building
Cell #24 I Tier,

RECEIVED JUN 20 2007

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

PAUL Smith — Name (Print)
W-Building I-24 — Housing Location
07 15-58 — Date of Birth
142003 — SBI Number
06-18-07 — Date Submitted

Complaint (What type of problem are you having)? I NEED TO SEE A Doctor for BACK PAIN from falling onto the floor off the Top Bed Cell #24 I-TIER I NEED X-Ray's of my BACK, ARM, AND Leg, Numb.

Paul Smith — Inmate Signature
06-18-07 — Date

**The below area is for medical use only. Please do not write any further.**

S: You were seen on 6/15/07; reschedule for MD/MCP.

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

RECEIVED JUN 20 2007

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

PAUL Smith — Name (Print)

W-Building I-24 — Housing Location

07 15-58 — Date of Birth

00142003 — SBI Number

06-18-07 — Date Submitted

Complaint (What type of problem are you having)? I NEED TO SEE A Doctor for BACK PAIN from falling onto the floor off the top BED Cell #24 I-tier, I NEED X-RAY'S of my BACK, ARM, AND LEG, NUMB.

Paul Smith — Inmate Signature

06-18-07 — Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

Provider Signature & Title

Date & Time

**3/1/99 DE01**

FORM#:

**MED**

**263**

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/03/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** SMITH, PAUL J | **SBI# :** 00142003 | **Institution :** DCC

**Grievance # :** 125083 | **Grievance Date :** 06/18/2007 | **Category :** Individual

**Status :** Unresolved | **Resolution Status :** | **Resol. Date :**

**Grievance Type:** Medical Staff | **Incident Date :** 06/18/2007 | **Incident Time :**

**IGC :** McCreanor, Michael | **Housing Location :** Bldg W1, Tier I, Cell 24, Top

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** I, I/M Smith, was reaching for crutches from his top bed to go to the restroom. While doing so I/M smith slipped missing his crutches and falling off the top bed, Cell 24, "I" Tier. I/M Smith got up off the floor thinking he was alright. But he is hurt from the fall. I/M told staff officers about this. They called Medical and told them what happened. Medical asked "can he walk" and staff said "yes". Medical said to have I/M Smith submit a Sick Call Slip because no one is herer right now to see him.

**Remedy Requested :** I, I/M Smith, would like to see a doctor to get a memo for a bottom bunk because I hurt my arm, leg and back from that fall. I feel like I am being paralyzed. Both omy legs a numb, back pain, and pins sticking in the bottom of my feet. Need treatment ASAP.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES | **Date Received by Medical Unit :** 07/03/2007

**Investigation Sent :** 07/03/2007 | **Investigation Sent To :**

**Grievance Amount :**

W-Building has No Sick Call Sheet(s) within Building

# Sick Call Sheet

Paul J. Smith 142003
W-Building I-24

06-20-07

I am having problem(s) with my Right Knee swelling from the fall off the top bed, I'm also having unbearable pain in my back, At time(s) my leg(s) feel numb, with pen(s) sticking into the bottom of my feet.

Paul Smith
06-20-07

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: Delaware Correctional Center

DATE SUBMITTED: 06-22-07

INMATE'S NAME: PAUL J Smith

SBI#: 00142003

HOUSING UNIT: W-Building I-24

CASE #: ____________

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 06-22-07

TYPE OF MEDICAL PROBLEM:

NEED X-Ray's of my Right KNEE Swelling, AND BACK pain All ACROSS my BACK from falling off the Top BED Cell#24 I-Tier DCC, I WAS SEEN By Chronic CARE Clinic, AND Refused X-Ray's of my BACK, AND Right KNEE Swelling, Also WAS Refused Any treatment for these injuries, The pain Medication(s) Are for my Hip.

GRIEVANT'S SIGNATURE: [signature] DATE: 06-22-07

ACTION REQUESTED BY GRIEVANT: I WOULD LIKE TO KNOW HOW SERIOUS MY INJURIE(S) ARE FROM this fall onto the floor FROM TOP BED, BEFORE THESE INJURIE(S) GET(S) WORSE, I WOULD LIKE X-RAY'S OR EVEN MRI TEST DONE.

DATE RECEIVED BY MEDICAL UNIT: ____________

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 07/06/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name** | SMITH, PAUL J | **SBI#** | 00142003 | **Institution** | DCC |
| **Grievance #** | 126064 | **Grievance Date** | 06/22/2007 | **Category** | Individual |
| **Status** | Unresolved | **Resolution Status** | | **Resol. Date** | |
| **Grievance Type** | Health Issue (Medical) | **Incident Date** | 06/22/2007 | **Incident Time** | 09:30 |
| **IGC** | McCreanor, Michael | **Housing Location** | Bldg W1, Tier I, Cell 24, Top | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Need X-rays of my swollen right knee and have back pain across my back from falling off the top bunk. I was seen by Chronic Care Clinic and refused X-rays of my back and right knee. I was refused treatment for these injuries. The pain medication is for my hip.

**Remedy Requested** : I would like to know how serious my injuries are from this fall to the floor from the top bunk before these injuries get worse. I would like a X-ray or a MRI.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES

**Date Received by Medical Unit :** 07/06/2007

**Investigation Sent :** 07/06/2007

**Investigation Sent To :**

**Grievance Amount :**

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

PAUL J Smith — Name (Print)

W-Building I-24 — Housing Location

07-15-58 — Date of Birth

00140003 — SBI Number

06-26-07 — Date Submitted

Complaint (What type of problem are you having)? Right KNEE Swelling AND HAVE A LOT of pain, Difficulties walking ON my Right Leg, Due To KNEE injurie from falling off Top BED

[signature] — Inmate Signature

06-26-07 — Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

Provider Signature & Title

Date & Time

**3/1/99 DE01**

FORM#:

**MED**

**263**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

PAUL J Smith — Name (Print)

W-Building I-24 — Housing Location

07-15-58 — Date of Birth

00142003 — SBI Number

06-27-07 — Date Submitted

Complaint (What type of problem are you having)? Spider Bit, Swelling of my Right foot, still haven't Been seen or treated for this spider Bite from 05-29-07 I would like to Be seen ASAP, Poison,

[signature] — Inmate Signature

06-27-07 — Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01

FORM#:

MED

263



# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

PAUL Smith — Name (Print)

W-Building I-24 — Housing Location

07-15-58 — Date of Birth

00142003 — SBI Number

07-02-07 — Date Submitted

Complaint (What type of problem are you having)? BACK PAIN, Right Leg OR KNEE PAIN,

[signature] — Inmate Signature

07-02-07 — Date

**The below area is for medical use only. Please do not write any further.**

S: Scheduled for NSC-KC

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

Provider Signature & Title

Date & Time

**3/1/99 DE01**

FORM#:

**MED**

**263**

4005

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

PAUL J Smith — Name (Print)
W-Building I-24 — Housing Location

07-15-58 — Date of Birth
00142003 — SBI Number
07-05-07 — Date Submitted

Complaint (What type of problem are you having)? BACK PAIN, KNEE PAIN, AND LEFT ARM PAINS,

[signature] — Inmate Signature
07-05-07 — Date

**The below area is for medical use only. Please do not write any further.**

S: Scheduled for NSC -KC

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

Provider Signature & Title ____________________

Date & Time ____________________

**3/1/99 DE01**

FORM#:

**MED**

263

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: Delaware Correctional Center

DATE SUBMITTED: 07-06-07

INMATE'S NAME: Paul J Smith

SBI#: 00142003

HOUSING UNIT: W-Building I-24

CASE #: 129383

////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 05-23-07

TYPE OF MEDICAL PROBLEM:

I HAVE Lot(S) of Medical problem(S) And Cannot Receive the Right Health care As Needed, And Due To this Has Caused My illness(S) And injuries(S) To get Worse. Where As of Today's Date, I Need To Be Hospitalized for My Asthma, Chest pain, High Blood pressure, And Body injuries(S), But I Refuse, Being Hospitalized Here At DCC inmate(S) Facility, Because it's Dirty, And Nasty, Beside(S) I Need professional(S) qualified to care for my illness(S) And injuries(S).

GRIEVANT'S SIGNATURE: Paul Smith DATE: 07-06-07

ACTION REQUESTED BY GRIEVANT: I would like to Be Discharged To A Medical facility outside the Delaware Correctional Center for Health care And treatment(S) Because I Am Not Receive the care, Nor treatment(S) while Here,

DATE RECEIVED BY MEDICAL UNIT: ____________

RECEIVED
JUL 10 2007
Inmate Grievance Office

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHER MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**Instructions for Submitting a Regular Grievance**

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

---

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

____ **Disciplinary Action** ____ **Parole Decision**

____ **Classification Action**

____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

____ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # ______________.

____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

✓ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

[signature]
Inmate Grievance Chairperson

7/17/07
Date

Form#: 584 (F&B)
Reverse revised July '99

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH** (MEDICAL circled)

PAUL J Smith — Name (Print)

W-Building I-24 — Housing Location

07-15-58 — Date of Birth

00142003 — SBI Number

07-10-07 — Date Submitted

Complaint (What type of problem are you having)? FROM Spider Bite, Swelling HAS GONE DOWN FROM ME PLACING ICE PACK AND I GOT SOME OF THE POISON OUT, MAYBE IT'S Alright BUT WOULD Still LIKE TO BE SEEN By Doctor.

[signature] — Inmate Signature

07-10-07 — Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:_____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A:

P:

E:

Provider Signature & Title

Date & Time

**3/1/99 DE01**

FORM#:

**MED**
**263**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

Paul J Smith — Name (Print)

W-Building I-24 — Housing Location

07-15-58 — Date of Birth

00148003 — SBI Number

07-10-07 — Date Submitted

Complaint (What type of problem are you having)? BACK PAIN, RIGHT KNEE PAIN, LEFT ARM PAIN, FROM FALLING TO THE FLOOR FROM TOP BED CELL #24 I TIER, AND WOULD LIKE TO BE SEEN FOR THESE INJURIES

[signature] — Inmate Signature

07-10-07 — Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01

FORM#:

MED

263

HOP2

**DELAWARE DEPARTMENT OF CORRECTION**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SE**
**FACILITY: DELAWARE CORRECTIONAL CENT**

**This request is for (circle one): MEDICAL DENTAL MENTAL HEA**

PAUL J Smith — Name (Print)
W-Building I-24 — Housing Location

07-15-58 — Date of Birth
00142003 — SBI Number
07-10-07 — Date Submitted

Complaint (What type of problem are you having)? from Spider Bite, Swelling HAS gone Down from ME placing ICE PACK, AND I GOT SOME of the poison OUT, Maybe it's Alright, BUT WOULD still LIKE TO BE SEEN By Doctor.

Paul Smith — Inmate Signature
07-10-07 — Date

**The below area is for medical use only. Please do not write any further.**

S: Scheduled for NSC +C

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

Provider Signature & Title

Date & Time

**3/1/99 DE01**

FORM#:

**MED**
**263**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: Delaware Correctional Center

DATE SUBMITTED: 07-17-07

INMATE'S NAME: Paul Smith

SBI#: 00142003

HOUSING UNIT: W-Building I-24

CASE #: ______

////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 07-16-07 3:05 pm

TYPE OF MEDICAL PROBLEM:

At Night(s) While asleep laying on my Back, I get real Bad pain and Numbness into Both of my legs, I have to get up Because the pain is just that Bad I have placed Sick Call(s) in to Be seen, To have X-Ray's Done, Back, and the Numbness into my leg's has gotten worse,

GRIEVANT'S SIGNATURE: [signature]

DATE: 07-017-07

ACTION REQUESTED BY GRIEVANT: I would like X-Ray's or MRI test Done of my Back, leg, and Arm, from fall off Top Bunk,

DATE RECEIVED BY MEDICAL UNIT: ______

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: Delaware Correctional Center

DATE SUBMITTED: 07-17-07

INMATE'S NAME: Paul Smith

SBI#: 00140003

HOUSING UNIT: W-Building I-24

CASE #: 132086

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 07-16-07 305 PM

TYPE OF MEDICAL PROBLEM: At night(s) while asleep laying on my back, I get real bad pain and numbness into both of my leg's, I have to get up because the pain is just that bad I have placed sick call(s) in to be seen, to have X-Ray's done, back, and the numbness into my leg's has gotten worse.

GRIEVANT'S SIGNATURE: [signature] DATE: 07-04-07

ACTION REQUESTED BY GRIEVANT: I would like X-Ray's or MRI test done of my back, leg, and arm, from fall off top bunk.

RECEIVED
JUL 17 2007
Inmate Grievance Office

DATE RECEIVED BY MEDICAL UNIT: ____________

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**Instructions for Submitting a Regular Grievance**

Inmates are required, per DOC Procedure 4.4 [Inmate Grievance Procedure] to attempt to resolve complaints prior to filing a regular grievance. Grievances are to be submitted within seven (7) days from the date of the occurrence or incident or within seven days after the inmate became aware of the incident. The grievance is to be placed in the grievance box located in each housing unit.

Only one issue per grievance form will be addressed. If the grievance is submitted on a weekend or a holiday, it will be received during the next working day.

Return of Unprocessed Grievance

Intake Action: This Grievance Form is being returned to the inmate under the provisions outlined in DOC Procedure 4.4 "Inmate Grievance Procedure" for the following reason(s) :

____ **Vulgar/Abusive or Threatening Language.** The Language that is unacceptable has been highlighted. The grievance may be resubmitted omitting this language.

____ **Non-Grievable.** This issue has been defined as non-grievable in accordance with DOC Policy 4.4. These procedures have their own appeal process that must be followed.

____ **Disciplinary Action** ____ **Parole Decision**

____ **Classification Action**

____ **Request.** Requests are not processed through the grievance procedure. Please correspond with the appropriate Office to secure the information that is requested.

✓ **Duplicate Grievance(s).** This issue has been addressed previously in Grievance # 126064.

____ **Original Grievances must be submitted to the Inmate Grievance Chairperson.** Photocopies are not accepted.

____ **Inquiry on behalf of other inmates.** Inmates cannot submit grievances for other inmates.

____ **Expired Filing period.** Grievance exceeds seven (7) days from date of occurrence.

CPL M. [signature]
Inmate Grievance Chairperson

7/25/07
Date

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

PAUL Smith
Name (Print)

W-Building I-24
Housing Location

07-15-58
Date of Birth

00142003
SBI Number

07-19-07
Date Submitted

Complaint (What type of problem are you having)? I WOULD LIKE TO KNOW THE REASON WHY MEDICAL STAFF KEEP REMOVING MY MEDICAL MEDICATION SHEET FROM MEDICATION WINDOW, I HAVE-NOT RECEIVED MEDS, ALL WEEK,

[signature]
Inmate Signature

07-19-07
Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

Provider Signature & Title

Date & Time

**3/1/99 DE01**

FORM#:

**MED**
**263**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

Paul Smith — Name (Print)
W-Building I-24 — Housing Location

07-15-58 — Date of Birth
00142003 — SBI Number
07-23-07 — Date Submitted

Complaint (What type of problem are you having)? BACK PAIN, LEFT LEG AND KNEE PAIN, RIGHT ARM PAIN, I WOULD LIKE TO BE SEEN BY DOCTOR, ALSO RECEIVE PHYSICAL THERAPY BY A THERAPIST,

Paul Smith — Inmate Signature
07-23-07 — Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

______________________ Provider Signature & Title

______________________ Date & Time

**3/1/99 DE01**

FORM#:

**MED**
**263**

4479

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

PAUL Smith — Name (Print)
W-Building I 24 — Housing Location

07-15-58 — Date of Birth
00148003 — SBI Number
07-28-07 — Date Submitted

Complaint (What type of problem are you having)? While getting up one Top Bunk my left foot sliped off Table Top And the Left side of my Neck Hit The top of Bed frame, And I Am Having pain in the side of my Neck Down my Left Arm

Paul Smith — Inmate Signature
07-28-07 — Date

**The below area is for medical use only. Please do not write any further.**

S: 8/1/07 You are scheduled for nsc — medical

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

A:

P:

E:

RECEIVED

AUG - 1 2007

EDUCATIONAL MATERIAL
CORRECTIONAL MEDICAL SERVICES

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH** (MEDICAL circled)

PAUL Smith — Name (Print)

W-Building I-24 — Housing Location

07-15-58 — Date of Birth

00142003 — SBI Number

07-28-07 — Date Submitted

Complaint (What type of problem are you having)? While getting up on Top Bunk my left foot sliped off TABLE TOP AND the left side of my NECK Hit the Top of BED frame, AND I AM HAVING PAIN IN the side of my NECK DOWN my left ARM,

Paul Smith — Inmate Signature

07-28-2007 — Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:_____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A:

P:

E:

Provider Signature & Title

Date & Time

**3/1/99 DE01**

FORM#:

**MED**

**263**

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

**Date:** 08/06/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

**Offender Name :** SMITH, PAUL J — **SBI# :** 00142003 — **Institution :** DCC
**Grievance # :** 134526 — **Grievance Date :** 07/28/2007 — **Category :** Individual
**Status :** Unresolved — **Resolution Status :** — **Resol. Date :**
**Grievance Type:** Health Issue (Medical) — **Incident Date :** 07/28/2007 — **Incident Time :**
**IGC :** McCreanor, Michael — **Housing Location :** Bldg W1, Tier I, Cell 24, Top

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** On July 28, 2007 I was getting onto the top bunk (I-24) when my foot slipped off the table causing my neck to hit the top of the bed frame. Now I have a pain in my neck from this. Not only do I still have the pain in my neck, I also have still have pain in my back and arm from the last fall from the top bunk. I have a memo for a bottom bunk. Why am I still on the top bunk.

**Remedy Requested :** I would like to be treated for my injuries that I received from the top bunk plus moved to a bottom bunk.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES — **Date Received by Medical Unit :** 08/06/2007
**Investigation Sent :** 08/06/2007 — **Investigation Sent To :**
**Grievance Amount :**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH**

Paul J Smith
Name (Print)

W-Building I-24
Housing Location

07-15-58
Date of Birth

00142003
SBI Number

07-31-2007
Date Submitted

Complaint (What type of problem are you having)? ON 07-28-07 foot Sliped off Table Top causing My Neck To Hit the Top Bunk frame, I would like To Be seen As soon As possible, Because I'm Having lots of pain.

[signature]
Inmate Signature

07-31-2007
Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:_____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A:

P:

E:

Provider Signature & Title

Date & Time

**3/1/99 DE01**

FORM#:

**MED**

263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): (MEDICAL) DENTAL MENTAL HEALTH**

PAUL Smith — Name (Print)

W-Building I-24 — Housing Location

07-15-58 — Date of Birth

00142003 — SBI Number

08-01-2007 — Date Submitted

Complaint (What type of problem are you having)? UNBEARABLE PAIN IN MY RIGHT HIP, AND THE PAIN IS GOING DOWN MY RIGHT LEG, PLEASE SEE ME AS SOON AS POSSIBLE, PLUS PAIN IN MY GROWINGS,

[signature] — Inmate Signature

08-01-2007 — Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01

FORM#:

MED

263

Sick Call Services
Medical

Paul Smith
07-15-58

W-Building I-24
08-03-2007

What type of problem are you having?, While getting up one Top Bunk my left foot sliped off Table Top and the left side of my Neck Hit the Top Bed frame, and I am having pain in the side of my Neck down my left arm, I would like to be seen as soon as possible,

Paul Smith

08-03-07

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH** (MEDICAL circled)

PAUL Smith — Name (Print)

W-Building I-24 — Housing Location

07-15-58 — Date of Birth

00142003 — SBI Number

08-06-07 — Date Submitted

Complaint (What type of problem are you having)? NECK PAIN, ARM PAIN AND BACK PAIN FROM injuries RECEIVED While BEING HERE ON this TOP BUNK, I WOULD LIKE TO BE SEEN ASAP, ALSO I WOULD LIKE TO KNOW ABOUT LAB TEST.

[signature] — Inmate Signature

08-06-2007 — Date

**The below area is for medical use only. Please do not write any further.**

S: ______

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A: ______

P: ______

E: ______

______ Provider Signature & Title

______ Date & Time

**3/1/99 DE01**

FORM#:

**MED**
**263**

**FORM #585**

**MEDICAL GRIEVANCE**

**FACILITY:** Delaware Correctional Center

**INMATE'S NAME:** Paul Smith

**HOUSING UNIT:** W-Building I-24

**DATE SUBMITTED:** 08-09-07

**SBI#:** 00142003

**CASE #:** ____________

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: ____________

TYPE OF MEDICAL PROBLEM:

Hip pain, Back pain, Neck pain, and left Arm pain,

GRIEVANT'S SIGNATURE: Paul Smith  DATE: 08-09-2007

ACTION REQUESTED BY GRIEVANT: Would like to be taken out to a pain management for treatments of my conditions, with pains and injuries as soon as possible,

DATE RECEIVED BY MEDICAL UNIT: ____________

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: Delaware Correctional Center

DATE SUBMITTED: 08-09-07

INMATE'S NAME: Paul Smith

SBI#: 00142003

HOUSING UNIT: W-Building I-24

CASE #: ______

////////////////////////////////////////////////////////////////////////////////////////////////////

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 08-09-07

TYPE OF MEDICAL PROBLEM:

Hip pain, Back pain, Neck pain, And left arm pain All Due from falling off Top Bunk, And the Medications taken isn't Doing Anything for pain Relief, I Received Serious injuries from falling, And I would like To Have X-Ray's And MRI test Done, Because Maybe I will need Surgery Due to these injuries I Received while Being incarcerated Here At DCC.

GRIEVANT'S SIGNATURE: [signature]

DATE: 08-09-2007

ACTION REQUESTED BY GRIEVANT: I would like to Be taken out for MRI test of My Neck, Back, And Arm from falling off this Bunk Cell #24-I-Tier,

DATE RECEIVED BY MEDICAL UNIT: ______

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

DCC Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

**Date:** 08/21/2007

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | | | | |
|---|---|---|---|---|---|
| **Offender Name :** | SMITH, PAUL J | **SBI# :** | 00142003 | **Institution :** | DCC |
| **Grievance # :** | 139384 | **Grievance Date :** | 08/09/2007 | **Category :** | Individual |
| **Status :** | Unresolved | **Resolution Status :** | | **Resol. Date :** | |
| **Grievance Type:** | Health Issue (Medical) | **Incident Date :** | 08/09/2007 | **Incident Time :** | |
| **IGC :** | McCreanor, Michael | **Housing Location :** | Bldg W1, Tier I, Cell 24, Top | | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Hip pain, back pain, neck pain, and left arm pain all due from falling off top bunk, and the medications taken isn't doing anything for pain relief, I received serious injuries from falling, and I would like to have X-Rays and MRI test done, because maybe I will need surgery due to these injuries. I received while being incarcerated here at DCC.

**Remedy Requested :** I would like to be taken out for MRI test of my neck, back, and arm, from falling off this top bunk cell 24 I-tier.

## INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES

**Date Received by Medical Unit :** 08/21/2007

**Investigation Sent :** 08/21/2007

**Investigation Sent To :**

**Grievance Amount :**

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL (circled) DENTAL MENTAL HEALTH**

PAUL SMITH — Name (Print)
W-Building I-24 — Housing Location

07-15-58 — Date of Birth
00140003 — SBI Number
08-09-2007 — Date Submitted

Complaint (What type of problem are you having)? HIP PAIN, BACK PAIN NECK PAIN, ARM PAIN, I WOULD LIKE TO SEE A PAIN-MANAGEMENT TO BE TREATED FOR MY PAINS AND INJURIES

Paul Smith — Inmate Signature
08-09-2007 — Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01

FORM#:

MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

PAUL Smith — Name (Print)

W-Building I-24 — Housing Location

07-15-58 — Date of Birth

00140003 — SBI Number

8-12-2007 — Date Submitted

Complaint (What type of problem are you having)? BACK injury, NECK injury AND left ShoulDER AND ARM injuries All DUE TO fall from Top Bunk, AND I NEED treatments AS SOON AS possible injuries HAS gotten Worse.

[signature] — Inmate Signature

08-12-2007 — Date

**The below area is for medical use only. Please do not write any further.**

S:

O: Temp:____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

______________________ Provider Signature & Title

______________________ Date & Time

3/1/99 DE01

FORM#:

MED

263

I/M Paul Smith
SBI# 140003 UNIT W-I-24
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977




Office of the Clerk
United States District Court
844 N, King Street Lockbox 18
Wilmington, Delaware
19801-3570

Legal Mail