In The United States District Court for the District of Delaware,

Date Sept. 20th 2007

Paul J Smith Sr.

Vs.

Commissioner Danberg et al,    Case Name Smith V. Danberg et al
                                Case Number 1:07-CV-476 GM

And

Reginal Medical First Correction et al   Case Number 1:07-CV-477 GM

## Motion to Amend

Dear Office of the Clerk,

I Paul Smith 142003, am writting towards my documents being sent to your office.

I would like to know whether or not those documents are being forward to your office from the Delaware Correctional Center near Smyrna, Delaware 19977.

However, could your office respond back towards the conditions of my cases on file,

Dated from 2004, 2005, 2006, 2007.
         (GMS) (GMS) (GMS) (GMS)

Thank you for your time and services

RECEIVED
SEP 25 2007
QV
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Sincerely,
Paul Smith 142003
W-Building I-24
Sept. 20th 2007

I/M Paul Smith
SBI# 16003   UNIT W-I-24
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Office of Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware
19801-3570

US POSTAGE $00.41
PITNEY BOWES
SEP 23 2007
MAILED FROM ZIP CODE 19977