Smith v. Pierce Correctional Medical First Correctional et al

## MOTION TO AMEND

### Affidavit

I PAUL J. Smith SR. being duly sworn, deposes and says: I'm Paul Smith 148003, was found laying on the floor unconscious inside W-Building I-Tier on 9-20-07, with Difficulties with oxygen, Chest pains, Headache(s) and other Difficulties, Breathing, Mr. Smith, was in a life-threatening situation, and could have died if wasn't found by staff officer(s), Mr. Smith, was believed to being unconscious for about 1/2 half of an hour, Too / one 1 hour Before Noticed By staff officer(s), And Medical Around 11:15 AM To About 12:15 PM, However, Mr. Smith, have been put in a Dangerously situation By the Refusal(s) From Medical Doctor(s) And Nurse(s) with (CMS) Medical Staff Here At the Delaware Correctional Center Near Smyrna, De 19977 Refused Asthma Breathing Treatment(s), For oxygen, gotten so Bad Until the collapsed, 911 was called Mr. Smith, taken out By paramedic(s), Transported To Kent General Hospital for Difficulties.

Paul Smith 148003
Sept. 27th 2007
W-Building I-24
Top Bunk



RECEIVED
OCT - 2 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

FORM #585

MEDICAL GRIEVANCE

FACILITY: Delaware Correctional Center           DATE SUBMITTED: 09-22-07
INMATE'S NAME: Paul J Smith Sr.                  SBI#: 00142003
HOUSING UNIT: W-I-24 Top Bunk                    CASE #: _____

Date 9-21-07       SECTION #1
DATE & TIME OF MEDICAL INCIDENT: 1:15pm To 3:40pm

TYPE OF MEDICAL PROBLEM:

C/o Rabon, was very upset with Medical Staff Doctor(s) and Nurse(s) for refusing me my Asthma treatment on 9-21-07. The Time was 3:40pm when they were forced by C/o Rabon, to let me get my Asthma treatment after sitting up to Medical awaiting treatment for 2hrs. And while waiting the pain in my chest was getting greater, However, Medical Staff, know if I'm not receiving Oxygen I will Die.

GRIEVANT'S SIGNATURE: Paul Smith           DATE: Sept, 22nd 2007

ACTION REQUESTED BY GRIEVANT: Have Medical Staff Doctor(s) and Nurse(s) stop Playing game(s) with my life. within there hand(s) of my health care, needed. This has caused medical mental illness upon me.
                                                START DATE 5-24-07

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

Name (Print): Paul Smith Sr.

Housing Location: W-Building I-84

Date of Birth: 7-15-58

SBI Number: 148003

Date Submitted: 9-22-2007

Complaint (What type of problem are you having)? High Blood Pressure, Hip Pain, Neck Pain, Back Pain, Left Arm, And Shoulder Pain, Weight Loss, And Now Having A Little Memory Loss, Maybe From Being Unconscious By My Asthma Attack.

Inmate Signature

Date: Sept. 22nd 2007

---

**The below area is for medical use only. Please do not write any further.**

S:

O:   Temp:____   Pulse:____   Resp:____   B/P:____   WT:____

A:

P:

E:

Provider Signature & Title        Date & Time

3/1/99 DE01
FORM#:
MED
263

<u>FORM #585</u>

<u>MEDICAL GRIEVANCE</u>

FACILITY: Delaware Correctional Center

INMATE'S NAME: Paul J. Smith Sr.

HOUSING UNIT: W-Building I-24 Top Bunk

DATE SUBMITTED: 9-20th 2007

SBI#: 00149003

CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: 9-19-07  9:00AM

TYPE OF MEDICAL PROBLEM:

Sick Call Appt. Blood pressure check High 150 over 98 Chest pains, And difficulties with Asthma can't breath good, And Having Headache(s).

GRIEVANT'S SIGNATURE: Paul Smith        DATE: 9-20-2007

ACTION REQUESTED BY GRIEVANT: Let me have my Asthma breathing treatment(s), when needed for my Asthma, Please.

DATE RECEIVED BY MEDICAL UNIT: _____

<u>NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.</u>

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL** / DENTAL  MENTAL HEALTH

Name (Print): PAUL SMITH SR.

Housing Location: W-Building I-24

Date of Birth: 7/15/1958

SBI Number: 142003

Date Submitted: 9/16/2007

Complaint (What type of problem are you having)? Developing Heart Disease would like Cholesterol Lowering Medication(s) for Heart Health.

Inmate Signature: [signed]

Date: Sept. 16th 2007

---

The below area is for medical use only. Please do not write any further.

S:

O: Temp: ____  Pulse: ____  Resp: ____  B/P: ____  WT: ____

A:

P:

E:

Provider Signature & Title: _____  Date & Time: _____

3/1/99 DE01
FORM#:
MED
263

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
# FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

Paul Smith Sr. _____  W-Building I-24 _____
        Name (Print)                          Housing Location

7-15-1958 _____   148003 _____   9-15-2007 _____
 Date of Birth        SBI Number        Date Submitted

Complaint (What type of problem are you having)? I received medication tonight at 5:40 PM by Nurse Bob. At this time, I asked him why do he denied me asthma treatment(s), when I am having asthma attack(s). He said Paul, you do not have a order for it, regardless I need air way open.

_Paul Smith_ (signature) _____   Sept 15th 2007 _____
       Inmate Signature                    Date

The below area is for medical use only. Please do not write any further.

S:

O:  Temp: ____  Pulse: ____  Resp: ____  B/P: ____  WT: ____

A:

P:

E:

_____   _____
Provider Signature & Title                        Date & Time

3/1/99 DE01
FORM#:
MED
263

FORM #585

MEDICAL GRIEVANCE

FACILITY: Delaware Correctional Center   DATE SUBMITTED: 9-14-07
INMATE'S NAME: Paul Smith Sr.   SBI#: 00148003
HOUSING UNIT: W-Building I-24   CASE #: _____

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: Sept. 14th 2007  7:30 PM

TYPE OF MEDICAL PROBLEM:

Nurse Bob 4 to 12 shift refused me asthma treatment(s) this has been an ongoing problem for the last two (2) mos. with Nurse Bob, denieing me treatment(s) for my asthma, I'm being racial discriminated against by medical staff, Nurse Bob, only due to the fact I am Black.

GRIEVANT'S SIGNATURE: Paul Smith   DATE: Sept. 14th 2007

ACTION REQUESTED BY GRIEVANT: Would like action taken towards this matter of being discriminated against, and being refused medical care by DCC medical staff.

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
## FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

Name (Print): Paul Smith Sr.

Housing Location: W-Building I-24

Date of Birth: 7/15/58

SBI Number: 142003

Date Submitted: 9/12/2007

Complaint (What type of problem are you having)? Chest pain around my heart

Inmate Signature: Paul Smith

Date: Sept, 12th 2007

The below area is for medical use only. Please do not write any further.

S:

O:  Temp:____  Pulse:____  Resp:____  B/P:____  WT:____

A:

P:

E:

Provider Signature & Title

Date & Time

3/1/99 DE01
FORM#:
MED
263