IN THE UNITED STATES DISTRICT COURT
for the District of DELAWARE
C.A. No. 06-437 (GMS)
C.A. No. 05-142 (GMS)
C.A. No. 07-477 (GMS)

PAUL J. Smith Sr,
                    Plaintiff,
                              "MEMORANDUM"

        V.                              DATE 10-30-2007

FIRST CORRECTION Medical,
Et Al -4 (CMS)- defendants

FILED
OCT 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

MOTION TO AMEND TO COMPLAINTS

A Code of Professional Responsibility Members
of the legal profession falls below the
required standards,

My Complaint in A Civil Action, the first
pleading of the Plaintiff, setting out the
facts and which the claim for Relief.
Fed, R. Civ. Proc. 3 under Model court rules,

Seeking Deposition of pre-trial Discovery
with concerted action, action which has
Been Planned, Arranged, Adjusted, Agreed
upon, And settled Between Parties,

I Have Disability-state of Not Being fully
capable of performing All functions
Mental and physical

Due By Medical Malpractice within the
Delaware Correctional Center Near Smyrna,
De 19977 infirmary 2004, Negligence

(CMS) - Medical Staff - Refused Duty obligation which results in the liability under the law of Negligence, If an individual owes to others a Duty of Care, He must conduct himself so as to avoid Negligent injury to them, See Breach (of Contract) Breach of Duty Due Care.

Also Consider Misconduct, Corrupt, Misbehavior of the duties of the medical Department,

Plaintiff, Demand is Recovery Money Damages.

Pain And Suffering A Species of Damages what I may Recover for physical And mental Pain And Suffering what Result from A wrong Done or Suffered the loss of Ability or capacity to work Because of physical pain, emotional pain, And mental Suffering is A type of Pain And Suffering And A proper element of Damages.

Emotional Distress - Extreme Personal Suffering Caused By the intentional Negligent Deliberately.

Plaintiff, Seeks Monetary Awards.

MALPRACTICE - A PROFESSIONAL'S improper OR immoral conduct in the performance of duties done either intentionally or through carelessness or ignorance, with such person's professional relationship with patient or clients.

Good faith, A total absence of any intention to seek any unfair advantage or to defraud another party; An honest and sincere intention to fulfill one's obligations.

Plaintiff, seek - GRANT compensation for gross negligence. And pay medical expense.

Refusal - The rejection of something to which A person is entitled, such as the rejection of goods under a contract, the denial of an obligation to perform a legal duty such as the refusal to complete a contract.

Defendant's, want to justify, just cause or excuse; just, lawful excuse for an act; reasonable excuse, showing of a sufficient reason in court why defendants did what he is called upon to answer for, so as to excuse liability.

CLOSED-
            Plaintiff Seeking Prayer (for Relief)
Request Contained in Complaint or Petition that
Asks for Relief to which Plaintiff thinks him
or himself Entitled that part of pleading in
which Relief is Requested, In Addition to what-
ever specific kinds of Relief or Remedy
(e.g., Money Damages injunction) the party may
Request, It is Common to Add A General Prayer
to Enable the Court to grant whatever Relief it
feels is Appropriate, i.e., "And such other And
further Relief As to the Court may Seem just And
Proper.

Recovery- Successful in A Suit to obtain A
judgment Recover(s) that which the Court Deems
the Person Lost, though Recovery Does Not
Necessarily imply A Return to whole or Normal.
It Also Refers to the Amount of the judgment As
well As the Amount Actually Collected pursuant
to it.

Restitution - of Making good, or of giving
the equivalent for Any loss, Damage, or injury!
indemnification.

Settlement, generally the Conclusive fixing or
Resolving of A matter, the Arrangement of A final
Disposition.

(4)

Closed :

## Disposition

A Civil Suit before final judgment whereas by they agree between themselves upon their Respective Rights and obligations, thus eliminating the necessity of judicial resolution of the controversy.

UNNECESSARY HARDSHIP - UNUSUAL PUNISHMENT

CRUEL AND UNUSUAL PUNISHMENT.

148003
D-WEST-Building
10-30-2007

Mr. Paul J. Smith Sr.
SBI# 00142003
Delaware Correctional Center
1181 Paddock Road
Smyrna, Delaware 19977

