IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL J. SMITH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-477-GMS |
| | ) |
| REGIONAL MEDICAL FIRST | ) |
| CORRECTIONAL, et. al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

WHEREAS, Paul J. Smith ("Smith"), was a prisoner incarcerated at the Delaware Correctional Center, Smyrna, Wilmington, Delaware, at the time he filed this 42 U.S.C. § 1983 lawsuit, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915;

WHEREAS, on August 9, 2007, the court entered an order and granted Smith leave to proceed *in forma pauperis*, and assessed a filing fee of $350, and an initial partial filing fee of $.43 (D.I. 4);

WHEREAS, on November 13, 2007, Smith advised the court that he had been released from prison;

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. *Robbins v. Switzer,* 104 F.3d 895, 899 (7th Cir. 1997); *see also Drayer v. Attorney General*, Nos. 03-2517, 03-2518, 81 Fed. Appx. 429 (3d Cir. 2003).

THEREFORE, at Wilmington this 17th day of December, 2007, IT IS HEREBY ORDERED that within thirty days from the date of this order, Smith shall either pay the filing fee

owed ($350.00) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so that the court may determine whether he is still eligible to proceed *in forma pauperis*.

    **NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

                                                            _____
                                                            CHIEF, UNITED STATES DISTRICT JUDGE

FILED
DEC 17
U.S. DISTRICT COURT
DISTRICT OF DELAWARE