Office of the Clerk
United States District Court
District of Delaware

Dear Peter T. Dalleo

Re: To your letter dated 11-17-07 Advising of An Address Change, And Status of Case(s),

I Paul Smith 142003, Am Sending A Money order of $6.00 for copywork.

CC: The Honorable Gregory M. Sleet,
CA 05-139 GMS, CA 05-142 GMS,
CA 06-431 GMS, CA 06-432 GMS,
CA 07-477 GMS,

Thank you for your time and Service's

Sincerely
[signature]
12-02-2007

1 Address change
2 Copywork Done  Account #149927  12/08 copywork

1416 Cowmarsh Rd,
Camden, DE 19934
302 492-3623