Case 1:07-CV-00477-GMS Document 15 Filed 12-17-2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Paul J. Smith,
            Plaintiff,
    v.                                  Civ. Action No. 07-477-GMS
Regional Medical First
Correctional, et. al.,
            Defendants.

DATE 12-18-2007

FILED
DEC 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

ORDER

WHEREAS, PAUL J. SMITH, WAS A PRISONER INCARCERATED AT THE DELAWARE CORRECTIONAL CENTER, SMYRNA, DE 19977,

Notice of Respondent - A Memorandum Response Constituting my Reply for Legal Proceeding(s). 42 USC § 1983 Lawsuit filed while incarcerated.

I PAUL J. SMITH, AM UNABLE TO PAY A Filing fee of $350.00, However, I Receive Social Security Disabilities. And I am living on a fixed income, And at this point I am receiving zero $.00 dollars

DUE By My BEING iN PRISON OVER AND OVER MY BENEFIT(S) WERE STOPED, AND I AM HAVING A VERY VERY HARD TIME RECEIVING MY BENEFIT(S) BASED UPON MY CRIMINAL RECORD, AND CRIMINAL BACK GROUND CHECK.

AS of 12-18-2007, I HAVE NOT BEEN ABLE TO PAY MY RENT. PERHAPS NEXT WEEK I MAY BECOME HOMELESS, AND iN NEED FOR A HOMELESS SHELTER.

THEREFORE EONM, CARL C. DANBERG et. Al., AND REGIONAL MEDICAL FIRST CORRECTIONAL, et. Al., ANY HELP YOU ARE YOUR STAFF CAN GIVE WILL BE GREATLY APPRECIATED,

Sincerely
Paul J Smith    12-18-2007
MR. PAUL J. SMITH SR.
1416 COWMARSH CREEK ROAD
CAMDEN, DELAWARE 19934
(302) 499-3623




# SEALED DOCUMENT

Case 1:07-cv-00477-GMS    Document 17-2    Filed 12/27/2007    Page 1 of 1