# Social Security Administration
## Retirement, Survivors and Disability Insurance
Important Information



Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: October 31, 2007
Claim Number:

000070178  02 MB   0.485   T293 T2R M04,1024,PC7,I,BA,153

PAUL J SMITH
1416 COWMARSH CRK RD
CAMDEN DE 19934-2930



We are writing to tell you that you will start getting benefits beginning November 2007. We told you earlier that when we started paying you benefits, we would adjust them for medical insurance premiums.

**What We Will Pay And When**

Your obligation to pay child support and/or alimony has been deducted from the amount(s) shown under the heading "What We Will Pay And When".

- You will receive $188.50 for November 2007 around December 3, 2007.

We withheld $50.00 from this payment to pay your obligation for child support and/or alimony.

- After that you will receive $377.00 on or about the third of each month.

We will withhold $50.00 from your benefit each month to pay your obligation for child support and/or alimony.

**Information About Medicare**

Since benefits are again payable we will resume withholding your medical premiums due to date.

Any additional premiums due will be deducted from your check.

Enclosure(s):
Pub 05-10153

C                                       See Next Page