Office of the Clerk
United States District Court
District of Delaware

01-11-2008

| Peter T. Dalleo, | Related Cases |
| | 1:05-CV-00139-GMS |
| Paul J. Smith, Plaintiff | 1:05-CV-00148-GMS |
| V. | 1:06-CV-00431-GMS |
| | 1:06-CV-00432-GMS |
| Reginal Medical First Correctional | 1:07-CV-00476-GMS |
| Et., Al.          Defendants | 1:07-CV-00477-GMS |

Motion for An Appointment of Counsel

Honorable Gregory M. Sleet,

I Paul J Smith would like to have representation in Constitutional Amendments to my Civil Case's now Pending Before this Court. I am at a Disability state of Not Being fully capable of Performing All functions. However Your Honor, I need in Civil Action to protect my Private Civil Right.

Sincerely
Paul J Smith 1-11-08

FILED
JAN 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1416 CowMarsh Creek Rd.
Camden, Delaware 19934
(302) 492-3623