Office of the Clerk
United States District Court
District of Delaware

01-11-2008

Peter T. Dalleo,

Paul J. Smith Plaintiff

Vs

Danberg Et., Al
Defendants

Related Cases
1:05-CV-00139-GMS
1:05-CV-00142-GMS
1:06-CV-00143-GMS
1:06-CV-00432-GMS
1:07-CV-00476-GMS
1:07-CV-00477-GMS

Motion for Case Management Scheduling for Deposition of Pre-Trial Conference Expediting Deposition.

Dear Honorable Gregory M. Sleet,

J Paul J Smith considered maybe agree upon a settlement between parties, a liability of an obligation to a duty which eventually must be performed without misconduct or corrupt misbehavior (Defendants).

Sincerely
Paul Smith 01-11-2008

FILED
JAN 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Mr. Paul Smith
1416 Coulmash Creek Road
Camden, Delaware 19934

Legal Mail

Clerk of the Court
Peter Dalleo
United State District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801

WILMINGTON DE 197
14 JAN 2008 PM 3

USA 41