COPY

Office of the Clerk
United States District Court
District of Delaware

01-11-2008

Peter T. Dalleo,                Civ. Action # 07-477-GMS
                                Civ. Action # 07-476-GMS

Paul J. Smith Plaintiff

Vs.

Regional Medical-First Correctional
et., Al.

Vs.

Danberg et., Al   Defendants

Motion To Receive Original Copies of U.S. Marshal-285 forms served to the Defendants.

I Paul Smith, would like to have a copy of services sent to my home address

Paul J. Smith Sr.
1416 Cowmarsh Creek Road
Camden, Delaware 19934
(302) 498-3623

FILED
JAN 15 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Thank You
Paul Smith  1-11-08

