WSMS Copy

## RETURN OF WAIVER OF SERVICE OF SUMMONS

I acknowledge receipt of the request that I can waive service of summons in the matter of C.A. No.<u>07-477</u> in the United States District of Delaware. l have also received a copy of the complaint in the action, two copies of this form, a copy of the Order of the Court authorizing service and a means by which I can return the signed waiver without cost to me.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I be served with judicial process in the manner provided by Rule 4. I will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court, except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgement may be entered against the party on whose behalf I am acting if a response is not served and filed within 60 days after: <u>January 15, 2008.</u>

Date: __1/23/08__

_Thomas L. Carroll_     Thomas L. Carroll
Signature of Defendant     Printed or Typed Name

## DUTY TO AVOID UNNECESSARY COST OF SERVICE OF SUMMONS

Rule 4 of the Federal Rules of Civil Procedure requires certain parties to cooperate in saving unnecessary cost of service of the summons and the complaint. **A defendant located in the United States, who, after being notified of an action and asked to waive service of summons on behalf of a plaintiff located in the US, fails to do so will be required to bear the cost of such service unless good cause be shown for that defendant's failure to sign and return the waiver.**

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over defendant's person or property. A defendant who waives service of summons retains all defenses and objections, except any relating to the summons or the service of summons, and may later object to the jurisdiction of the Court or to the place to where the action has been brought.

A defendant who waives service must within the time specified on the "Return of Waiver" form served on plaintiff, if unrepresented or on plaintiff's attorney, a response to the Complaint and must also file a signed copy of the response with the Court. If the answer or a motion is not served within this time, a default judgement may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE 2008 JAN 29 AM 9:16

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF: Paul Julian Smith Sr. | COURT CASE NUMBER: 1:07-CV-00477-GMS |
| DEFENDANT: Wardell Thomas Carroll | TYPE OF PROCESS: Order Process |

SERVE → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Daniel L. McKenty Heckler & Frabizzio

AT ADDRESS: 800 Delaware Avenue, Suite 200 P.O. Box 128 Wilmington DE 19899

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
Paul J Smith Sr.
1416 Cowmarsh Creek Road
Camden, Delaware 19934

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case: 
Check for service on U.S.A.:

FILED CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE 2008 JAN 29 AM 9:16

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE:
(302) 573-4800
Email: dmckenty@hfddel.com
Lead Attorney
Attorney to be noticed

Signature: [signed]   ☒ PLAINTIFF   ☐ DEFENDANT
TELEPHONE NUMBER: 302-492-1100
DATE: 10-23-07

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|
| 1 | 15 | 15 | [signed] bf | 1-15-08 |

I hereby certify and return that I ☒ have legal evidence of service, the process described on the individual, company, corporation, etc., at the address shown above...

Date of Service: 1/23/08
Signature of U.S. Marshal or Deputy: [signed]

REMARKS: Waiver returned by T. Carrol

PRIOR EDITIONS MAY BE USED — 1. CLERK OF THE COURT — FORM USM-285 (Rev. 12/15/80)