IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL J. SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-477 GMS |
| | ) |
| REGIONAL MEDICAL FIRST | ) |
| CORRECTIONAL *(Doctors and* | ) |
| *Nurses)*, CARL DANBERG, AND | ) |
| THOMAS CARROLL, | ) |
| | ) |
| Defendants. | ) |

ORDER

At Wilmington this 30th day of January, 2008, the Court having considered plaintiff's December 27, 2007 response to the Court's order dated December 17, 2007, regarding his application to proceed without prepayment of fees under 28 U.S.C. § 1915;

IT IS ORDERED that the application is GRANTED.

_____
United States District Judge

FILED

JAN 30 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE