IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PAUL SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 07-477-GMS |
| | ) | |
| REGIONAL MEDICAL FIRST | ) | JURY TRIAL DEMANDED |
| CORRECTIONAL (*Doctors and Nurses*), | ) | |
| CARL DANBERG, AND THOMAS | ) | |
| CARROLL, | ) | |
| Defendants. | ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stacey Xarhoulakos on behalf of Defendant Thomas L. Carroll. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon Defendant Carroll. Defendant Carroll specifically reserves the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ *Stacey Xarhoulakos*
Deputy Attorney General,
Department of Justice
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us
*Attorney for Defendant Carroll*

Dated: March 17, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on March 17, 2008, I have mailed by United States Postal Service, the document to the following non-registered participants:

Paul Smith, *Pro Se*
1416 Cowmarsh Creek Road
Camden, DE 19934

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us