CASE 1:07-CV-00477 GMS    PAGE 1 of 2
filed 03/18/2008

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
for the District of DELAWARE

Paul Smith
  Pro Se Plaintiff,

v.                                          C.A. No. 07-477-GMS
                                            Jury Trial Demanded

Regional Medical First
Correctional (Doctor's and Nurse's)
Carl Danberg, And Thomas Carroll
  Defendants.

DATE May 02-2008

Scheduling Order
Motion to Amend Complaint
Joinder of other Parties and Amendment of pleadings.

(#1.) Medical Doctor's and Nurse's at the Delaware Correctional Center is a failure to perform a contracted-for-agreed upon act, or failure to comply with a duty imposed by law.

(#2.) Defendants - using the exercise of any influence to degrade or disgrace said Plaintiff, in such a way as to

Page 1 to 5

inflict punishment on Plaintiff without a judicial trial.

**#3.** On March 17, 2008, Defendants Thomas Carroll, C.A. No. 07-477-GMS Answer to the Complaint, And Hereby Answers the Complaint of the Plaintiff, Paul Smith ("Plaintiff") Carl Danberg And Betty Burris, Defendants. Region Medical First Correctional, C.A. No. 07-476 GMS State of Delaware Department of Justice 820 N. French Street, 6th floor Wilmington Deputy Attorney General - Attorney for Defendants Danberg, Carroll, And Burris. /s/ Stacey Xarhoulakos

**#4.** Defendant's Did inflict Emotional Stress Mental Stress And Depression upon the Matter's of Answering By Statements on March 17, 2008 Stating

**#5.** Immunity - the quality or State of Being Immune; Specif: A Condition of Being Able to Resist a particular disease Esp. through preventing development of a Pathogenic microorganism or By Counteracting the Effects of It's products. Defendants Statements Against Plaintiff.

(#6) DEFENDANTS, STATEMENTS - Is immune from liability under the Eleventh Amendment. As to any claims under state law, Answering Plaintiff is entitled to <u>immunity</u> under the State Tort Claims Act 10 Del. C. § 4001 et. seq.,

(#7) DEFENDANTS - STATEMENTS - Against Plaintiff as to any claims under state law, Plaintiff is entitled to <u>Sovereign</u> immunity in his official capacity,

(#8) DEFENDANTS - STATEMENTS - Cannot be held liable in the absence of personal involvement for the alleged Constitutional deprivations.

(#9) DEFENDANTS - STATEMENTS - Against Plaintiff - To the extent that Plaintiff seeks to hold Answering Defendants liable based on supervisory responsibilities, the doctrine of Respondeat Superior or Vicarious liability is not a basis for liability in an action under 42 U.S.C. § 1983.

(#10) DEFENDANTS - STATEMENTS - Against Plaintiff Paul Smith pro se Defendants - State his official capacity is not liable for alleged violations of Plaintiff's Constitutional Rights as he is not a "<u>Person</u>" within the meaning of 42 U.S.C. § 1983.

1. Insufficiency of Service of Process.

2. Insufficiency of Process.

3. Lack of Jurisdiction over the Personal and Subject Matter.

4. Wherefore, the Answering Defendants Respectfully Requests that judgement be entered in favor of the Defendants And against Plaintiff Paul Smith Pro Se Plaintiff.

(#11.) Another Statement By the Defendants Against Plaintiff - Capacity - Mental Ability to make a Rational Decision which includes the ability to perceive and appreciate all Relevant facts. Capacity is not necessarily synonymous with sanity. 563 S. W. 2d. 197, 209. No one can be guilty of a Crime who lacks the Legal Capacity to commit it. 22 C.J.S. 121.

(#12.) Plaintiff Paul Smith Pro Se feels that these type of Statements made against him, by the Defendants Are Racial Discrimination Statements under the Equal Protection Clause of the 14th Amendment.

# Certification of Service

I hereby certify that on May 02, 2008 I filed for Scheduling Order Correspondence with the Clerk of Court Document 32. I hereby certify that on May 02, 2008, I have mailed by United States Postal Service, the Documents to the following

Office of the Clerk of Court
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

Plaintiff,
Pro. Se Mr. Paul J. Smith Sr.
1416 Cowmarsh Creek Road
Camden, Delaware 19934
(302) 492-3623

(5.)